UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **PHILLIP MACE,** | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. § 2314 |
| **Defendant** | : | **(Interstate Transportation of Stolen** |
| | : | **Property)** |

## INFORMATION

The United States Attorney informs the Court that:

Between on or about November, 2005, up to and including about March, 2006, defendant PHILLIP MACE did transport, transmit, or transfer in interstate commerce merchandise or money of the value of more than $5000 knowing same to have been stolen, converted or taken by fraud in that defendant MACE stole tractor trailers, and cargo contained therein from various retail locations in the State of Maryland, and then transported the same in interstate commerce, to various locations in the District of Columbia.

**(Interstate Transportation of Stolen Property, in Violation of
18 United States Code, Section 2314).**

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417136
555 4th Street, N.W., Room 5832
Washington, DC 20530
(202) 514-8203

CYNTHIA D. WALICKI
ASSISTANT UNITED STATES ATTORNEY
Bar No. 25272
555 4th Street, N.W., Room 2124
Washington, DC 20530
202-514-7634