<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF COLUMBIA</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 06-276 (RMC)** |
| | **COURT DATE: Nov. 3rd, 2006** |
| **VS** | |
| **PHILLIP MACE** | **JUDGE: Rosemary M. Collyer** |

<u>MOTION TO APPOINT COUNSEL NUNC PRO TUNC</u>

<u>UNDER THE CRIMINAL JUSTICE ACT</u>

Now comes Mr. Phillip Mace, through counsel, Todd S. Baldwin to move this Court to appoint present counsel *nunc pro tunc* March 27 2006, under its authority under the Criminal Justice Act, U.S.C. § 3006A. This Act allows this Court to appoint counsel to indigent persons in federal criminal cases.

<u>Procedural History</u>

Mr. Phillip Mace was originally charged in D. C. Superior Court for Unauthorized Use of a Vehicle in violation of 22 D.C. Code, Sec. 3215 (2001). Mr. Mace qualified under the Criminal Justice Act for appointed counsel and Mr. Baldwin was appointed counsel. At this time Mr. Mace and his counsel, Mr. Baldwin, investigated, negotiated with the United States Attorney's Office and prepared the case in D.C. Superior Court. On or about July of 2006, the Assistant U.S. Attorneys' office informed Mr. Mace and counsel that the case would be transferred to Federal Court, jurisdiction based upon the Interstate Transportation of Stolen Property under the Federal Code (Title 18 U.S. C. Sec. 2314). Because of this, the case was transferred to the jurisdiction of the Federal District Court of the District of Columbia where it stands now. This case is scheduled for presentment and disposition on November 3, 2006.

Appointment of current counsel Todd S. Baldwin as CJA appointed counsel would best serve the interests of justice by allowing a continual and uniform representation of the defendant in this case by his current C.J.A appointed attorney. Defendant wishes and requests that Todd Baldwin remain his counsel of choice to pursue his interests in this case. Defendant currently qualifies for appointment of counsel under the Federal C.J.A. guidelines and his current counsel, Mr. Todd Baldwin is a qualified member of the bar of this Court. Furthermore, Mr. Baldwin has represented several defendants in District Court and has been on the Superior Court CJA Panal since its inception in 1999. He has been representing indigent criminal defendants in D.C. Superior court since 1993 and has represented over 1000 criminal defendants in court.

This Court has the authority to appoint present counsel Todd S. Baldwin under the Criminal Justice Act.

The interests of the defendant will be served by retaining present experienced counsel of his choice. No needless interruption of the trial process will be required if present Superior Court appointed counsel is appointed under the C.J.A.

For the foregoing reasons, movant respectfully requests this court to appoint present retained counsel Todd S. Baldwin under the C.J.A. in his federal case.

I hereby declare under the penalty of perjury that the factual basis set forth above is true and correct to the best of my information, belief and knowledge and that the compensation herein requested is constitutionally necessary for due process and a fair trial with effective assistance of counsel.

Respectfully Submitted,

_____
Todd S. Baldwin, Esq.
BALDWIN, MOLINA & ESCOTO
Attorney for Phillip Mace
DC Bar # 439947
806 7th Street, Suite 301
Washington, D.C. 20001
(202) 898-4700
(202) 898-1112 fax

Certificate of Service

I certify that I have served a copy of the foregoing motion via facsimile at fax no.(202) 653-9419 and regular U.S. mail, postage prepaid, to Assistant U.S. Attorney Julieanne Himelstein at 555 4th Street N.W., Washington, D.C. 20530.

_____
Todd S. Baldwin

<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE DISTRICT OF COLUMBIA**</u>

UNITED STATES OF AMERICA           CRIMINAL NO. 06-276 (RMC)

                                   COURT DATE: Nov. 3rd, 2006

VS

PHILLIP MACE                       JUDGE COLLYER

<u>**ORDER**</u>

It is hereby ORDERED that TODD S. BALDWIN be appointed counsel for Phillip Mace under this Court's authority under the Criminal Justice Act. Appointment begins *nunc pro tunc* March 27th, 2006.


Judge  Rosemary M. Collyer