AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Columbia__

**FILED**
**NOV - 3 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Phillip Mace

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-276

I, __Phillip Mace__, the above named defendant, who is accused of __Interstate Transportation of Stolen Property__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __November 3, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Phillip Mace_
Defendant

_[signature]_
Counsel for Defendant

Before _Rosemary M Colly_
Judicial Officer

3 Nov 2006