UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

*Phillip Mace*

Criminal No. **06-276**

**FILED**
NOV - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

*/s/ Phillip Mace*
Defendant

*/s/*
Counsel for Defendant

I consent:

*/s/*
Assistant United States Attorney

**APPROVED:**

*/s/ Rosemary M. Collyer*
ROSEMARY M. COLLYER
United States District Judge
Dated: 3 NOV 2006