IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-276 (RMC) |
| v. | : | |
| PHILLIP MACE, | : | |
| Defendant. | : | 18 U.S.C. § 2314 |
| | : | (Interstate Transportation of Stolen Property) |

FILED
NOV - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant PHILLIP MACE, agrees and stipulates that were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On or about November 10, 2005, PHILLIP MACE stole a 1999 white Freightliner tractor truck from a parking lot in Landover, Maryland. The tractor, owned by Mail Contractor's Of America, was worth approximately $26,000.00. Two days later, on November 12, 2005, PHILLIP MACE used the Freightliner tractor to steal a 1983 Great Dane trailer from a loading dock in Jessup, Maryland. The Great Dane trailer was loaded with furniture belonging to The Roomstore, and included a damaged baker's rack, also belonging to the Roomstore.

On December 17, 2005, the 1999 white Freightliner tractor truck belonging to the Mail Contractor's of America was observed parked in the 1600 block of Butler St., SE, Washington D.C., attached to an unknown trailer. An officer with the Metropolitan Police Department ("MPD") issued a Notice of Infraction to the tractor for parking in a residential zone. At that time the truck was not checked through the NCIC system for stolen vehicles. Further

investigation revealed that during that time period, PHILLIP MACE was staying in the apartment of a friend located at 1528 Butler Street, S.E., Washington, D.C.

During the early morning hours of January 13, 2006, PHILLIP MACE, driving in a white day cab tractor pulled into the loading dock area of the Hecht's Department Store located at the Lakeforest Mall, Gaithersburg, Maryland. MACE then pulled his trucked directly up to a trailer loaded with over $260,000 worth of merchandise belonging to the Hecht's Company, including clothing, perfume, electronics and jewelry. MACE hooked the cab tractor to the trailer and pulled out of the Lakeforest Mall lot and driven away. This event was captured on a security video camera at the mall.

On February 3, 2006, a U-Haul truck was rented from a U-Haul store in Suitland, Maryland, by an individual identified as Robert Harkins. The truck, valued at $8,000, was rented for a one day period, to be returned by February 4, 2006. At the time this truck was rented, Mr Harkins was accompanied by a female subject later identified as Carolyn Harley. During this period of time, Ms. Harley was living with MACE at the 1528 Butler Street, S.E. address, and gave this address as her home at the time of her arrest on unrelated drugs charges during February, 2006. This truck was not returned to the U-haul store in Suitland or to any other U-Haul store at any time.

During the early morning hours of February 7, 2006, less than four days later, officers with the Metropolitan Police Department arrived in the 4200 block of Massachusetts Avenue, S.E. and immediately observed what he believed to be suspicious behavior in what is a quiet residential neighborhood. The officer observed two cars parked on one side of the street with their trunks open and two males carrying large items in their arms away from a U-Haul also

2

parked on the same side of the street with its rear door open. As the officer began to turn his car around, he saw that the two males who had been carrying things, had closed the trunks and each jumped into a separate car and drove quickly away, leaving behind the U-Haul and a third male standing on the sidewalk next to the U-Haul. This male would later be identified as PHILLIP MACE. The officer saw what appeared to be new merchandise encased in either plastic packing wrap or inside boxes, bearing the Hecht's name. When the officer asked MACE what was going on, MACE claimed that he was delivering merchandise for his boss and the men who had just left were picking it up. MACE denied having driven the U-Haul, gave no name for this boss, and claimed not to know who the two subjects were that had just driven away. He also claimed that the truck contained items for the upcoming Valentine's Day holiday, to include balloons and stuffed animals. Due to the early hour, the officer was unable to obtain information regarding any recent thefts from the Hecht Company. The officer ultimately allowed MACE to leave the scene on foot after he was identified, and photographed.

While on the scene, the officer also observed a large tractor and trailer parked across the street. Other officers who arrived on the scene were ultimately able to determine that this trailer had been reported stolen from the Hecht's at LakeForest Mall on January 13, 2006. By that time MACE had already left the scene. Several hours later, MPD was able to contact Hecht Company representatives who were able to confirm the theft of merchandise and the trailer from their store. Once these representatives arrived on the scene, they forced open the locked trailer and observed additional Hecht's merchandise inside that had been taken in the January theft. In addition, a review of the contents of the opened U-Haul revealed that the items contained in that truck also came from the January theft. Moreover, officers were later able to contact U-Haul

representatives who confirmed that the U-Haul truck, while not yet reported stolen, was overdue and was being used without their permission. With respect to the tractor being used to haul the trailer, it had a broken ignition and had been hot wired. Upon running the VIN of the truck, the officers were able to contact the owners, Mail Contractors of America, who confirmed that the truck belonged to the them and had last been on their lot in November, 2005. The tractor which was consistent with the appearance of the tractor that stole the Lakeforest trailer was searched at that time. Inside the cab of the truck was a Notice of Infraction, issued to the truck on December 17, 2006 in the 1600 block of Butler Street, S.E., less than a block from the apartment in which MACE was staying.

On February 22, 2006, MACE was arrested with Carolyn Harley during the execution of narcotics search warrant conducted in the 7th District. At that time, police recovered from Ms. Harley's purse, a U-Haul key tag bearing the same unique unit number of the U-Haul truck recovered by MPD on February 7, 2006 that was found to contain stolen Hecht's merchandise. In addition, a business card to a U-Store facility in Oxon Hill, Maryland was recovered.

Further investigation revealed that a storage unit had been rented in the name of Carolyn Harley on February 6, 2006, at the facility named on the business card that Harley possessed. A search warrant was obtained for this storage unit and officers with Montgomery County, MPD and Prince George's County, MD conducted the search and uncovered numerous items of new merchandise, still bearing labels and marking of Hecht's Department store, that was later found to match the manifest of those items stolen in the January, 2006 theft from Lake Forest Mall. In addition, one item, a baker's rack, still in its plastic wrapping and bearing store identifying markings, was also identified as the baker's rack that had been stolen from the Roomstore theft

in November, 2005. In addition to the numerous items of new merchandise, officers also found paperwork, including mail matter in the names of both Philip Mace and Carolyn Harley.

On March 6, 2006, a trailer belonging to R & F Trucking, containing merchandise belonging to Design House Kitchens and Appliances, located in Savage, Maryland, was last observed at the Design House Kitchen loading dock. The following afternoon, this trailer was was recovered on First Street, S.E. Washington, D.C. Witnesses later identified MACE as being the subject they observed drive the trailer to that location and who was attempting to sell the merchandise, including stove tops, refrigerators and microwave ovens, contained in the truck. At the time police observed the trailer, MACE was not located on the scene. The trailer and the remaining contents were taken into custody and ultimately returned to its owner.

On March 23, 2006, MACE stole a 1997 International tractor, (valued at approximately $15,500) belonging to MTI Trucking was stolen from that company in Hyattsville, Maryland. The following day, on March 24, 2006, MACE stole a Sam's Club 53-foot trailer containing merchandise from the Sam's Club loading dock in Gaithersburg, Maryland. This trailer contained approximately $63,000 worth of new merchandise, including , pallets of new Uniden brand telephones. A video camera focused on the loading dock, captured an image of MACE, wearing a pair of dark overalls and a dark baseball cap with a small logo on the front center, hitching the trailer to a tractor bearing "MTI" markings and driving off.

On March 25, 2006 , after lookouts were broadcast for the missing tractor and trailer, particularly in the area of the 6th and 7th Districts where MACE was known to stay, MPD officers

spotted a white tractor bearing the license plate of the MTI tractor stolen from Maryland two days earlier. The tractor was not pulling a trailer and appeared to have its original markings painted over. When officers began to follow the truck, it turned and the driver, MACE, then quickly parked it, got out and started to walk away. At this time, MACE was wearing paint covered dark overalls and a dark blue baseball cap with a small flag logo on the front. The paint on the overalls matched the colors of paint used to cover over the numbers and name on the truck. In addition, a set of keys that were used to operate the truck were recovered. On that key ring was a new key that appeared to fit a padlock. A search of the interior cab area of the truck also revealed three Uniden brand phones in their original plastic packaging that matched the type of Uniden phones that had been stolen from Sam' s Club, and spray paint cans. Philip Mace was arrested at that time on charges relating to the unauthorized use of the truck and detained.

Five days later on March 30, 2006, the trailer of Sam's Club's merchandise was found in a parking lot of a store in Mt Ranier, Maryland. The trailer had its back cargo doors backed up against a wall so entry could not be made into the doors. On the back doors was a padlock that appeared new. Officers confiscated the lock and used the padlock key found at the time of MACE's arrest to unlock the padlock. The key fit into this lock perfectly. Inside the trailer was a portion of the Sam's Club stolen merchandise.

I have read the plea agreement, consisting of seven pages, and have discussed it with my attorney. I fully understand the agreement and agree to it without reservation. I do so voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand the agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one. I am satisfied with the legal services provided by my attorney in connection with the plea agreement and matters related to it.

Date: 11/3/06

Mr. Phillip Mace
Defendant

I have read each of the seven pages constituting the plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client fully. These pages accurately and completely set forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in the agreement.

Date: 11/3/06

Mr. Todd Baldwin, Esq.
Attorney for Defendant