

FILED

NOV 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          CRIMINAL NO. 06-276 (RMC)

                                            COURT DATE: Nov. 3rd, 2006

VS

PHILLIP MACE                         JUDGE COLLYER

## ORDER

It is hereby ORDERED that TODD S. BALDWIN be appointed counsel for Phillip Mace under

this Court's authority under the Criminal Justice Act. Appointment begins *nunc pro tunc* ~~March~~

~~27th, 2006.~~ *September 18, 2006.*

/Judge Rosemary M. Collyer

14 November 2006