FILED

NOV 2 1 2006


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-276 (RMC) |
| | COURT DATE: Nov. 3rd, 2006 |
| VS | |
| PHILLIP MACE | JUDGE COLLYER |

### ORDER

It is hereby ORDERED that TODD S. BALDWIN be appointed counsel for Phillip Mace under this Court's authority under the Criminal Justice Act. Appointment begins *nunc pro tunc* ~~March 27th, 2006.~~ September 18, 2006.

/s/ Rosemary M. Collyer
Judge Rosemary M. Collyer

16 November 2006