UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: Cr-06-276-01 |
| | ) | |
| Philip Mace | ) | **FILED** |

JAN 2 2 2007

**O R D E R**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The U.S. Probation Office completed and disclosed the Presentence Report on December 21, 2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant and counsel for the government.

Accordingly, it is by the Court, this 22nd day of January 2007,

**ORDERED**, that within five days of the date of this Order, counsel for the defendant and counsel for the government shall execute the receipt and acknowledgment form and counsel for the defendant and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_____
Rosemary M. Collyer
United States District Judge

1/22/07
_____
DATE