UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-276-01 (RMC) |
| | : | |
| v. | : | |
| | : | |
| PHILLIP MACE | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing.

I.  **BACKGROUND**

On November 3, 2006, the defendant entered a guilty plea pursuant to Federal Rules of Criminal Procedure Rule 11 to one count of Interstate Transportation of Stolen Property in violation of Title 18 U.S.C. §2314. The facts supporting the plea are as follows: Over a period of months between November, 2005 and March, 2006, the defendant, Philip Mace, engaged in a repeated and systematic course of conduct carried out within the District of Columbia and surrounding jurisdictions, that resulted in the theft of merchandise from the loading docks of local businesses. This scheme consisted generally of the initial theft of a large tractor truck from one location. Shortly after that theft, the defendant would use that stolen tractor to steal one or more loaded trailers of merchandise from one of several commercial loading docks in the metropolitan area, often in Maryland. The defendant would then transport the stolen tractor and trailer containing merchandise into the District of Columbia, where he would then attempt to sell the stolen merchandise at reduced prices on the streets of the District of Columbia and elsewhere. That merchandise that could not be sold immediately was stored

within the District and Maryland. Mr. Mace stole trucks from Maryland containing approximately $200,000 worth of merchandise, and transported the trucks and merchandise to Washington, D.C.

## II.   SENTENCING CALCULATION

### A   Statutory Maximum

Pursuant to Title 18, United States Code, Section 2314 and carries a maximum penalty of 10 years confinement and or a fine of $ 250,000.

### B.   Sentencing Guidelines Calculation

The Guidelines calculation utilized in the Presentence Report ("PSR") calculates the defendant's total offense level at 15. According to United States Sentencing Guidelines, the PSR calculates the defendant's criminal history as Category VI. The guideline range for the defendant is calculated at 41 to 51 months imprisonment.

## III.   GOVERNMENT'S RECOMMENDATIONS

The government recommends a sentence of 46 months in prison, 3 years of supervised release, and an order of restitution in the amount of $42,693.00 in this case. While the defendant accepted responsibility for his crimes, it is evident that Mr. Mace brazenly and repeatedly engaged in acts of theft, ultimately stealing hundreds of thousands of dollars worth of trucks and merchandise over the course of a number of months. These were not crimes of impulse, but rather required planning and research. Mr. Mace is obviously knowledgeable regarding various locations where tractors can be obtained, which loading docks to frequent and where to hide these tractors and trailers in the area. This knowledge did not come without effort, study, practice, and most likely, with help. For these continual calculated instances of theft, he should

be punished.

Mr. Mace's criminal record demonstrates his repeated contact with the criminal justice system on a host of varied types of criminal behavior, including the possession of weapons and drugs, as well as past instances of theft in the metropolitan area. Despite repeated contact with the courts, the relatively minor sentences he has received in the past have done little if anything to deter him from what has become a life of crime. Getting caught by the police does nothing to deter Mr. Mace. He was caught with the stolen Hecht's merchandise but allowed to walk away. Rather than stop, he knowingly assumed the risk and continued to steal other trucks and visit other loading docks and steal more merchandise. The only thing that has stopped Mr. Mace and his pattern of theft , is his current incarceration. We respectfully recommend that the Court sentence Mr. Mace to the recommended prison term, which will not only safeguard the community from his acts, but perhaps also convince Mr. Mace that time has run out for leniency.

## IV.  CONCLUSION

Wherefore, the government respectfully requests that the Court impose a prison term of 46 months and 3 years of supervised release and order restitution in the amount of $42, 693.00

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney
Bar No.   498610

JULIEANNE HIMELSTEIN
Assistant United States Attorney
Major Crimes Section, Mass.  Bar No. 417-136
555 4th Street, N.W.  Room 4832
Washington, DC 20001
Phone: 514-8203
Fax: 353-9414

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Todd Baldwin, this ___ day of January, 2007.

_____
JULIEANNE HIMELSTEIN
Assistant United States Attorney