UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Government ) | Criminal case number 06-276-01 (RMC) |
| ) | Judge Hon. Rosemary M. Collyer |
| ) | Current Sentencing Date: Feb. 2, 2007 |
| vs. ) | |
| ) | |
| ) | |
| Phillip Mace ) | |

**CONSENT MOTION TO CONTINUE**

A sentencing hearing for this case is scheduled for February 2nd, 2007. When this date was set, it was fully expected that counsel would be ready to proceed with sentencing. Unfortunately, due to a death in defense counsel's family, counsel was out of town for a great deal of the first part of January. Due to his absence, he was unable to retrieve and review the pre-sentence report with Mr. Mace personally until January 31st. At this time Mr. Mace indicated that he had some questions and objections to the pre-sentence report that he would like to fully investigate prior to the court's sentencing.

Upon receiving this request, defense counsel immediately conferred with government counsel and she does not oppose this motion.

The Government will not be prejudiced by this continuance as Mr. Mace in currently incarcerated. Furthermore, the applicable guideline range for sentencing on this charge far exceeds the amount of time Mr. Mace has currently served.

Defense counsel respectfully requests that the current sentencing date be removed from the docket and a new sentencing date scheduled when convenient for both parties and the court.

Suggested court dates are as follows:

March 2nd, 2007, March 9th, 2007, or any other date that is mutually convenient for the parties and court.

Should there be any questions, counsel may be contacted at (202)898-4700 or by cell at (703) 599-4449.

          Respectfully Submitted,

          Todd S. Baldwin, Esq.
          Counsel for Phillip Mace
          DC Bar Number 439947
          Baldwin, Molina & Escoto
          806 7th St., Suite #301, NW
          Washington, D.C. 20001
          (202)898-4700
          (202) 898-1112 telefax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion to Continue was telefaxed to AUSA Julieanne Himelstein, and sent first class mail, postage prepaid, to the Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20001 this 1st day of February, 2007.

_____
      Todd S. Baldwin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Government<br><br>vs.<br><br><br>Phillip Mace | )<br>) Criminal case number 06-276-01 (RMC)<br>) Judge Hon. Rosemary M. Collyer<br>) Current Sentencing Date: Feb. 2, 2007<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to defense counsel's Consent Motion for Continuance, it is, by this court, hereby

**ORDERED** that the sentencing hearing scheduled for the February 2nd, 2007, is removed from the docket and continued for sentencing to be scheduled on_____, 2007.


DATE:_____                    _____
                                                                    Rosemary M. Collyer
                                                                    UNTIED STATES DISTRICT JUDGE