Monica Washington
1918 18th Street SE
Washington, DC 20020

Dear Honorable Judge,

    Concerning the case of Philip Mace, I wish to speak on his behalf. I have known Mr. Mace all my life. Although I understand the crisis Mr. Mace faces, this in no way reflects his personality. He has been like a brother to me. He has been a confidant and a source of good advice. When he could, he has been a great source of assistance to his mother and aunt. From time to time he has also helped me with keeping my own son in line. I ask that you show leniency to Mr. Mace, and consider my request.

                                                      Sincerely,
                                                      Monica Washington