January 26, 2007

Dear Judge:

    I write this letter to let you know the character of Phillip Mace. I have known Phillip Mace for thirty-two years. In those thirty-two years I have observed a kind, gentle and caring person, who has always been committed to learning. That same caring spirit is shown in his commitment to his family in seeing that their needs are met. Phillip is especially close to his mother, who has recently been sick; and he finds it extremely hard not to be able to speak with her on a daily basis.

    I have only good things to say about Phillip Mace. He would be an excellent candidate for release, since he is determined to be successful in all his endeavors. It is Phillip's desire to start his own business in the beauty and hair products field. He hopes to one day own a hair salon.

    I know indeed that Phillip will be successful in all that he undertakes because of his early training about God that he received from his mother. It is this training that Phillip has drawn closer in the past year. This training has strengthened his faith not to live only for himself, but to be a contributing member of society and to walk the way God would desire for him to live.

    Sincerely,

    Deborah Jackson
    2110 Ridgecrest Court SE
    APT. 203
    Washington, DC 20020
    202-453-8358 work
    202-678-2904 home

*For E-Filing Purposes, Signed Copy Provided Upon Request