To whom it may concern,

        I would like to say hello.  I've known Phillip Mace for over 20 years. He's a good , kind hearted man.  I've seen him work well with children, I've seen him he is a good listener to young adult children.  I've seen him paint his aunts living room, as well as do things for her.  Mr. Mace has good family values.  These days that's important.  He was raised with a good family backing.  Sometimes we all fall down.  Mr. Mace has family who stands by him and friends as well.  This letter is short, but it says a lot.

                                          Yours Truly,
                                          Ms. MP
                                          01-25-07