Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 06-276-01(RMC)
)
Phillip Mace )

## NOTICE OF APPEAL

**FILED**
MAR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:
Phillip Mace #259-015
Central Treatment Facility

Name and address of appellant's attorney:
TODD S. BALDWIN
806 7th St. #301 NW
Washington, DC 20001

Offense: Interstate Transportation of Stolen Property

Concise statement of judgment or order, giving date, and any sentence:
guilty plea, sentence rendered 3-9-07, 60 months

Name and institution where now confined, if not on bail:
Central Treatment Facility, Washington, D.C.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3-16-07
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [ ]
CJA, NO FEE             [✓]
PAID USDC FEE           [ ]
PAID USCA FEE           [ ]

Does counsel wish to appear on appeal?          YES [✓]   NO [ ]
Has counsel ordered transcripts?                YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [✓]

**RECEIVED**
MAR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT